UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLIE WILSON and MIMI WILSON, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:12-CV-1063-B |
| | § | |
| SMITH & NEPHEW, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the Magistrate Judge's Findings, Conclusions, and Recommendations Plaintiffs' Motion for Sanctions against Defendant under Federal Rule of Civil Procedure 16(f) (doc. 29). Defendant has failed to object to the Magistrate Judge's findings and recommendations within fourteen days as proscribed by Federal Rule of Civil Procedure 72(b)(2). In the absence of objections, the Court reviews the Magistrate Judge's finding and recommendations for clear error. Fed. R. Civ. P. 72(b)(3) advisory committee notes 1983 addition ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation").

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court is of the opinion that the Findings, Conclusions, and recommendations are correct and free of clear error. It is therefore **ORDERED** that the Findings, Conclusions and Recommendation of the United States

Magistrate Judge are **ADOPTED**.

**SO ORDERED.**

**SIGNED** May 6, 2013.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE